James M. Barrett, OSB No. 011991
james.barrett@ogletreedeakins.com
Alysia J. Harris, OSB No. 141315
alysia.harris@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503.552.2140
Fax:                503.224.4518

      Attorneys for Defendants NAVIENT SOLUTIONS, LLC, and NAVIENT CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER HUGHSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVIENT SOLUTIONS, INC., NAVIENT CORPORATION,<br><br>    Defendant. | Case No.: 3:16-cv-02289-MO<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their undersigned counsel, hereby stipulate to the dismissal of all claims and this action against Defendants Navient Solutions, Inc., and Navient Corporation, with prejudice, and without attorneys' fees or costs to any party.

/ /

/ /

/ /

1 – STIPULATED DISMISSAL WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone:  503.552.2140 | Fax: 503.224.4518

SO STIPULATED:

Dated: July 19, 2017

                                    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: s/ Christopher Hughson[1]　　　　　　　　By:　s/ Alysia J. Harris
    Christopher Hughson　　　　　　　　　　　　James M. Barrett, OSB No. 011991
    4754 SW Admiral Street　　　　　　　　　　　james.barrett@ogletreedeakins.com
    Portland, OR 97221　　　　　　　　　　　　Alysia J. Harris, OSB No. 141315
    *Pro se* Plaintiff　　　　　　　　　　　　　　alysia.harris@ogletreedeakins.com
    　　　　　　　　　　　　　　　　　　　　　503.552.2140
    　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants NAVIENT SOLUTIONS,
    　　　　　　　　　　　　　　　　　　　　　LLC, and NAVIENT CORPORATION

IT IS SO ORDERED this action is hereby dismissed with prejudice and without fees or costs to any party.

DATED: 25 July 2017

*/s/ Michael W. Mosman*
United States District Judge
Michael W. Mosman

---

[1] Authorization to sign for Plaintiff given by email on July 14, 2017.

2 – STIPULATED DISMISSAL WITH PREJUDICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2017, I served the foregoing STIPULATED DISMISSAL WITH PREJUDICE on:

> Christopher Hughson
> 4754 SW Admiral Street
> Portland, OR 97221
> chris@oregonrealtyadvisors.com
>
> *Pro se* Plaintiff

- ☐ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

- ■ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Portland, Oregon.

- ☐ by causing a true and correct copy to be **hand-delivered** to the last known address of each person listed above. It was contained in a sealed envelope and addressed as stated above.

- ☐ by causing a true and correct copy to be delivered **via overnight courier** to the last known address of each person listed above. It was contained in a sealed envelope, with courier fees paid, and addressed as stated above.

- ■ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: s/ Sarah Churchill
Sarah Churchill, Practice Assistant
sarah.churchill@ogletreedeakins.com

30412586.1

1 – CERTIFICATE OF SERVICE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518